**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CHASTITY SMITH,**

    **Plaintiff,**

vs.                                       **Case No. 4:17cv65-MW/CAS**

**FLORIDA A&M UNIVERSITY,
and GARY PAUL,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se and with in forma pauperis status, has filed an amended complaint. ECF No. 5. The amended complaint has been reviewed to determine if service is appropriate. That review leads to the conclusion that this case cannot proceed and should be dismissed.

Plaintiff alleges that Defendant Gary Paul "follows" her activities every day "through third party contact and internet monitoring . . . ." *Id.* at 6. She claims that "hundreds of third parties follow" her "on a daily basis to monitor" her. *Id.* at 3. Plaintiff contends that images of her are posted to a website which is "used for illegal prostitution" which resulted in her rape in

2015.  *Id.*  Plaintiff alleges that she is stalked and harassed by unidentified "males and females."  *Id.*  She further contends that Defendant Paul petitioned for a restraining order against her which was granted.  *Id.* at 4-5.  Plaintiff was arrested for violating the restraining order in December of 2016.  *Id.* at 5.  Plaintiff claims that the FAMU has knowledge of Defendant Paul's "misconduct" yet allows him to continue teaching.  *Id.* at 5-6.  She also claims that the University will not investigate her complaints.  *Id.* at 6.

Plaintiff's amended complaint presents allegations which appear removed from reality.  This case should be dismissed because the complaint is clearly frivolous.  Additionally, although Plaintiff attempts to assert a claim that she was subjected to gender discrimination, ECF No. 5 at 9, there are no facts alleged which support that claim.  Furthermore, Plaintiff asserts that she was subjected to retaliation under Title IX, *id.*, but no facts are presented in support of that claim either.

To the degree Plaintiff contends that Defendant Paul is harassing her or having her followed, those assertions are against a private person for private conduct.  The facts alleged do not reveal that Plaintiff's federal constitutional rights were violated by a "state actor."

In <u>Neitzke v. Williams</u>, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989), the Supreme Court recognized two types of cases which may be dismissed sua sponte pursuant to 28 U.S.C. § 1915(d).  In the first class are "claim(s) based on an indisputably meritless legal theory," and in the second class are "those claims whose factual contentions are clearly baseless."  <u>Id.</u>  This case comes within both provisions and should be dismissed.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's amended complaint, ECF No. 5, be **DISMISSED** for failure to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on February 13, 2017.


                         S/    Charles A. Stampelos
                         **CHARLES A. STAMPELOS**
                         **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.